UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

HOWARD GALE and
RONNA GILBERT,

                            Plaintiffs,

              -v-

SERVICE UNLIMITED,

                            Defendant.

------------------------------------------------------------x

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/8/05
```

05 Civ. 2450 (GEL)

**ORDER**

GERARD E. LYNCH, District Judge:

      The complaint in this action was filed on March 1, 2005, but there is no record of the defendant having been served with the summons and complaint within 120 days of its filing. Accordingly, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, it is hereby

      ORDERED that the plaintiff serve defendant with the summons and complaint by September 9, 2005.

      IT IS FURTHER ORDERED that if such service is not made, the Court will dismiss the case.

SO ORDERED.

Dated: New York, New York
         August 8, 2005

                                                      _____
                                                          GERARD E. LYNCH
                                                   United States District Court Judge