UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

HOWARD GALE, et al.,

                Plaintiffs,                                 05 Civ. 2450 (GEL)

    -v-                                                      **ORDER**

SERVICE UNLIMITED,

                Defendant.

------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/22/05

GERARD E. LYNCH, District Judge:

       By order dated August 8, 2005, this Court ordered that unless plaintiffs served the defendant by September 9, 2005, the case would be dismissed. The docket sheet indicates that no such service has been performed. The complaint is therefore dismissed for failure to effect service in accordance with this Court's August 8 order.

SO ORDERED:

Dated: New York, New York
       September 21, 2005

                                                            GERARD E. LYNCH
                                                       United States District Judge