**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------------------------X
HOWARD GALE and RONA GILBERT,                    Docket No. 05 CV 2450

        Plaintiff(s),

                                                        **ANSWER**

    -against-

                                                        **ECF CASE**

SERVICE UNLIMITED,

        Defendant(s).
---------------------------------------------------------------------------------X

        JOSEPH A. MARIA, P.C., as attorneys for SERVICE UNLIMITED, answer the complaint of the plaintiff as follows:

        **FIRST:** Denies each and every allegation contained in paragraphs designated: 4, 5, 6, 7, 8, 10, 11, 12, 14, 16 (no copy attached), 19, 20, 21, 22, and 23.

        **SECOND:** Denies knowledge and information to form a belief as to each and every allegation contained in paragraphs designated: 1, 2, 15, and 18.

        **THIRD:** Denies each and every allegation, but leaves all question of law to the Court, in paragraphs designated: 13.

        **FOURTH:** This answering defendant repeats and realleges all of the above denials and denies knowledge and information set forth in paragraphs designated: None.

<u>AS AND FOR A FIRST AFFIRMATIVE DEFENSE</u>

        **FIFTH:** The amount in controversy does not exceed $75,000.00 therefore the Complaint must be dismissed in its entirety.

**WHEREFORE**, defendant demands judgment dismissing the plaintiff's complaint herein, together with the costs and disbursements of this action.

Dated:   White Plains, New York
         January 20, 2006

  /s/
Joseph A. Maria (0209)

JOSEPH A. MARIA, P.C.
Attorneys for Defendant(s)
**SERVICE UNLIMITED**
301 Old Tarrytown Road
White Plains, New York 10603
(914) 684-0333
Our File No. 08-0428(dj)