UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

HOWARD GALE and RONNA GILBERT,

                Plaintiffs,

      -against-

SERVICE UNLIMITED,

                Defendant.

-----------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/8/06

05 Civ. 2450 (GEL)

**ORDER**

GERARD E. LYNCH, District Judge:

      The Court has learned that plaintiffs served defendant in this case on March 8, 2005, but failed to properly file an affidavit of service. Accordingly, the order of August 8, 2005, dismissing the case pursuant to Fed. R. Civ. P. 4(m), is hereby vacated, and the Clerk of the Court is respectfully instructed to re-open the case.

      An initial pretrial conference in this matter will be held on March 2, 2006, at 4:30 p.m.

SO ORDERED.

Dated: New York, New York
       February 7, 2006

                                                    _____
                                                       GERARD E. LYNCH
                                                      United States District Judge