UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
:
HOWARD GALE and RONNA GILBERT, :
:
          Plaintiffs, :
:     05 Civ. 2450 (GEL)
   -against- :
:     **ORDER**
SERVICE UNLIMITED, :
:
          Defendant. :
:
-----------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/9/06

GERARD E. LYNCH, District Judge:

    The parties having appeared before this Court for an initial conference on March 8, 2006, it is hereby ORDERED that:

1.    Defendant's motion to dismiss for lack of jurisdiction, if any, shall be submitted by March 22, 2006;

2.    Plaintiffs' opposition shall be submitted by April 12, 2006;

3.    Defendant's reply, if any, shall be submitted by April 19, 2006.

    The parties are reminded to review the Court's local rules and individual practices, which are available on the Internet at http://www.nysd.uscourts.gov, before preparing and filing any motion papers.

SO ORDERED.

Dated: New York, New York
       March 9, 2006

                                        _____
                                           GERARD E. LYNCH
                                           United States District Judge