```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/18/06
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
HOWARD GALE and RONNA GILBERT,

              Plaintiffs,

        -against-

SERVICE UNLIMITED,

              Defendant.
------------------------------------------------------------x

05 Civ. 2450 (GEL)

**ORDER**

GERARD E. LYNCH, District Judge:

    The parties having appeared before this Court for a status conference on September 15, 2006, it is hereby ORDERED that:

1. Discovery shall be completed by November 17, 2006;

2. The parties shall appear before this Court for a post-discovery conference on November 17, 2006, 11:30 a.m.

    The parties are reminded to review the Court's local rules and individual practices, which are available on the Internet at http://www.nysd.uscourts.gov, before preparing and filing any motion papers and also for seeking resolution of any discovery-related disputes.

    Further, counsel are reminded of their responsibility to maintain accurate and sufficient contact information in the Electronic Case Filing system.

SO ORDERED.

Dated: New York, New York
       September 15, 2006

                                            _____
                                              GERARD E. LYNCH
                                           United States District Judge