UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
HOWARD GALE and RONA GILBERT,   Docket No. 05 CV 2450 (GEL)

        Plaintiffs,   ECF Case

  -against-   PLAINTIFFS' REJECTION OF
        RULE 68 OFFER OF JUDGMENT

SERVICE UNLIMITED,

        Defendant.
-------------------------------------------------------------X

1. Plaintiffs are HOWARD GALE and RONA GILBERT; Defendant is SERVICE UNLIMITED.

2. Plaintiffs sued Defendant for breach of contract and negligence.

3. Defendant served an unconditional offer of judgment, attached as Exhibit [ A ], on Plaintiff on December 27, 2006, which is more than ten days before the Trial.

4. As authorized by Federal Rule of Civil Procedure 68, Plaintiff rejects Defendant's offer of judgment.

5. Therefore, Defendant's offer of judgment is deemed withdrawn. *See* Federal Rule of Civil Procedure 68.


Dated:    New York, NY
           January 2, 2007

                                          _____
                                          STEPHEN R. KRAWITZ, LLC
                                          By: Stephen R.Krawitz, Esq. (8770SRK)
                                          Attorneys for Plaintiffs
                                          271 Madison Avenue, Suite 200
                                          New York, NY 10016
                                          (212) 682-0707


TO:    JOSEPH A. MARIA, P.C.
        Attorney for Defendant
        301 Old Tarrytown Road
        White Plains, NY 10603
        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