UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
     :
HOWARD GALE and RONNA GILBERT,    :
     :
    Plaintiffs,    :
     :    05 Civ. 2450 (GEL)
    -against-    :
     :    **ORDER**
SERVICE UNLIMITED,    :
     :
    Defendant.    :
     :
------------------------------------------------------------x

GERARD E. LYNCH, District Judge:

    This case was scheduled for trial on February 5, 2007. Today, the parties informed the Court that they had reached a settlement in principle that it is hoped will resolve the case. The agreement between the parties requires, however, that certain steps be taken over the course of the next few months, and it therefore preserves the possibility of further litigation in the event that either side is not satisfied with subsequent performance.

    Although the case will be stayed indefinitely and if all goes well never require further judicial intervention, the parties request that the case be transferred to a magistrate judge for all purposes, and reassigned to the White Plains division pursuant to Rule 21 of the Southern District of New York's Rules for the Division of Business Among District Judges. This request will be granted to ensure efficient resolution of any controversies that may arise in the course of implementing the settlement agreement.

    Accordingly, it is hereby ORDERED that:

1. All proceedings in this case are stayed pending the execution of the actions agreed to by the parties in the agreement put on the record in open court this day.

2. The case is ordered transferred to White Plains for assignment to a magistrate judge for all purposes.

3. The parties are directed to notify the assigned magistrate judge on or before August 1, 2007, as to whether the contemplated settlement has been carried out and the case dismissed or whether further proceedings are necessary.

SO ORDERED.

Dated: New York, New York
February 2, 2007

_____
GERARD E. LYNCH
United States District Judge