**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF NEW YORK
300 QUARROPAS STREET
WHITE PLAINS, NEW YORK 10601
914 390 4130

Chambers of                                                                July 26, 2007
**Hon. Lisa Margaret Smith**
Chief United States Magistrate Judge

**SCHEDULING ORDER**
05CV2450(LMS)

Stephen R. Krawitz
Stephen R. Krawitz, L.L.C.
271 Madison Avenue   Suite 200
New York, NY 10016



Joseph Anthony Maria
Joseph A. Maria, P.C.
301 Old Tarrytown Road
White Plains, NY 10603

   The matter of     **GALE-V-SERVICE**     has been scheduled  for

a conference before the Hon. Lisa Margaret Smith, Chief United States Magistrate Judge on

September 6, 2007 at 12:00 noon in Courtroom 420.

   Notify all other parties of this schedule immediately.
   *Any party seeking a reschedule shall telephone chambers with all other parties on the line.*