UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
300 QUARROPAS STREET
WHITE PLAINS, NEW YORK 10601
914 390 4130

Chambers of  
**Hon. Lisa Margaret Smith**  
Chief United States Magistrate Judge

November 6, 2007

**SCHEDULING ORDER**
05CV2450 (LMS)

Stephen R. Krawitz  
Stephen R. Krawitz, L.L.C.  
271 Madison Avenue  Suite 200  
New York, NY 10016

Joseph Anthony Maria  
Joseph A. Maria, P.C.  
301 Old Tarrytown Road  
White Plains, NY 10603

The matter of **GALE-V-SERVICE UNLIMITED** has been scheduled for a conference, before the Hon. Lisa Margaret Smith, Chief United States Magistrate Judge, on **November 9, 2007** at 11:30AM in Courtroom 420.

Notify all other parties of this schedule immediately.
*Any party seeking a reschedule shall telephone chambers with all other parties on the line.*

SO ORDERED:

Hon. Lisa Margaret Smith
U.S.M.J.