**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------X
HOWARD GALE and RONA GILBERT,    Docket No. 05 CV 2450(GEL)

                Plaintiff(s),

                              **VOIR DIRE REQUESTS**
    -against-

SERVICE UNLIMITED,

                Defendant(s).
---------------------------------------X

We request the Court's usual Voir Dire questions as to residence, employment and general questions.

The defendant, SERVICE UNLIMITED, request that the Court consider making the following inquiries to the panel of jurors:

1. Do you have any knowledge of faded siding on any structure?

2. Do you have any knowledge of transparent coating on any structure?

3. Have you ever had any property you own coated with transparent coating?

4. Have you ever had any structure power washed?

5. Have you ever had a very good or very bad experience with any contractor working on your property?

6. Have you ever managed any property?

7.   a)   Have you ever had a contract dispute with anyone?

      b)   Was such a dispute resolved to your satisfaction?

8.   a)   Do you perform home improvement projects yourself?

      b)   If so, what type?

With the Court's permission, we reserve the right to supplement this request during the Voir Dire if appropriate.

Dated:   White Plains, New York
           November 8, 2007

                                    Yours, etc.

                                    JOSEPH A. MARIA, P.C.
                                  By:  s/
                                  Joseph A. Maria (JM0209)
                                  Attorneys for Defendants
                                  SERVICE UNLIMITED
                                  301 Old Tarrytown Road
                                  White Plains, NY 10603
                                  (914) 684-0333
                                  File No. 08-0428(dj)

TO:

STEPHEN R. KRAWITZ, LLC
Attorneys at Law
271 Madison Avenue
Suite 200
New York, NY 10016
Attn: Stephen R. Krawitz, Esq.