UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Howard Gale & Bonna Gilbert

Plaintiff(s),

-against-

Service Unlimited

Defendant(s).

CIVIL ACTION

DOCKET NO. 05 CIV. 2450 (LMS)

ORDER OF DISCONTINUANCE

U.S. DISTRICT COURT
NOV 15 2007

This action having been called before the Court for trial and the attorneys for all parties having appeared and advised the Court that all claims asserted herein have been settled as set forth in the transcript of hearing this date, it is

ORDERED that the above entitled action be and hereby is discontinued with prejudice and without costs to any party, with leave to re-open on notice solely to enforce the settlement.

Dated: White Plains, New York
11/15/07

Hon. Lisa Margaret Smith
United States Magistrate Judge
United States District Court
Southern District of New York

I hereby consent to the entry of this proposed order:

Attorney for Plaintiff(s)

Attorney for Defendant(s)

Note: Consent should be signed by the responsible Attorney for each party and not a firm name only.


USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: